**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10
11   MOLINA,                                No. C-14-04201 DMR
12                Plaintiff(s),             **AMENDED ORDER TAKING MOTION
                                            TO DISMISS [DOCKET NO. 18] UNDER**
13          v.                              **SUBMISSION WITHOUT ORAL
                                            ARGUMENT and CONTINUING CASE**
14   J.C. PENNEY COMPANY, INC.,             **MANAGEMENT CONFERENCE**
15                Defendant(s).
     _____/
16
17          TO ALL PARTIES AND COUNSEL OF RECORD:
18          The court has received Defendant's motion to dismiss [Docket No. 18] and finds that the
19   matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).
20   Accordingly, the January 8, 2015 hearing on the motion is hereby **VACATED**. The court will issue
21   a written order on the motion.
22          The case management conference previously scheduled for January 8, 2015 is continued to
23   **January 21, 2015 at 1:30 p.m.**   A joint case management statement is due no later than January 14,
24   2015.
25          IT IS SO ORDERED.
26   Dated:  December 30, 2014
27                                                  _____
                                                    DONNA M. RYU
28                                                  United States Magistrate Judge

